IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMON EL HAGE,                                                No. C 06-07828 TEH

    Plaintiff,

  v.                                                                        **ORDER**

COGNISA INC., et al.,

    Defendants.
_____/

The Court is in receipt of Plaintiff's Application to File Amended Complaint, filed June 25, 2007. Plaintiff seeks to filed a Second Amended Complaint because Plaintiff learned "after serving the first amended complaint that Cognisa, Inc. is not a dba of US Security Associates, Inc. [and therefore] Cognisa, Inc. must . . . be named as a separate party." Pl.'s App. at 1.

This matter having been raised at the June 25, 2007 Case Management Conference, and in light of the liberal pleading requirements of Fed. R. Civ. P. 15(a), the Court concludes that the Application should be granted. Accordingly, and good cause appearing it is HEREBY ORDERED that:

    1. Plaintiff's Application to File Amended Complaint is GRANTED.

    2. Plaintiff shall file his Second Amended Complaint (attached to his Application) no later than five calendar days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 28, 2007

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE