IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON EL HAGE,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., and COGNISA SECURITY, INC.,<br><br>                Defendants. | NO. C06-7828 TEH<br><br>ORDER VACATING ORDER TO SHOW CAUSE HEARING AND ORDER SETTING CASE MANAGEMENT CONFERENCE |

On December 10, 2007, this Court conditionally granted Mr. Alden Knisbacher's motion to withdraw as Plaintiff's counsel and also ordered Plaintiff himself to appear before the Court on January 28, 2008, at 10:00 AM, to show cause as to why this case should not be dismissed for failure to prosecute. On December 17, 2007, Mr. Knisbacher filed a declaration stating that he had re-established contact with his client and was therefore withdrawing his motion to withdraw.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

1. The portion of the Court's December 10, 2007 order conditionally granting Mr. Knisbacher's motion to withdraw is VACATED.

2. The order to show cause regarding failure to prosecute is VACATED.

3. In lieu of the order to show cause hearing, the parties shall appear for a further case management conference on **January 28, 2008, at 10:00 AM.** They shall meet and confer and file a joint case management statement on or before **January 18, 2008.**

4. Plaintiff Simon El Hage shall personally attend the January 28, 2008 case management conference. If Plaintiff does not personally appear at the case management conference, the Court will dismiss this case for failure to prosecute even if Plaintiff's counsel makes an appearance.

**IT IS SO ORDERED.**

Dated: 12/21/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT